Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.:  24−15189−ABA
                      Chapter:  13
                      Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mildred M. Alston
   aka Mildred M. Johnson−Alston
   532 Delsea Drive
   Westville, NJ 08093

Social Security No.:
   xxx−xx−0144

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/24/24.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 24, 2024
JAN: as

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Mildred M. Alston  
  Debtor

Case No. 24-15189-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: 148 | Total Noticed: 26 |

The following symbols are used throughout this certificate:  
**Symbol**   **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mildred M. Alston, 532 Delsea Drive, Westville, NJ 08093-1225 |
| 520266532 | + | James Alston, 532 Delsea Drive, Westville, NJ 08093-1225 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 24 2024 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 24 2024 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520332055 | | EDI: ATLASACQU | Jul 25 2024 00:31:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 520266522 | + | EDI: CAPITALONE.COM | Jul 25 2024 00:31:00 | Capital One, POB 31293, Salt Lake City, UT 84131-0293 |
| 520266524 | + | EDI: CAPONEAUTO.COM | Jul 25 2024 00:31:00 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 520270854 | + | EDI: AISACG.COM | Jul 25 2024 00:31:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520322721 | + | EDI: AISACG.COM | Jul 25 2024 00:31:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520306003 | + | EDI: AIS.COM | Jul 25 2024 00:31:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520266525 | + | EDI: WFNNB.COM | Jul 25 2024 00:31:00 | Comenity Bank/Roamans, PO Box 182789, Columbus, OH 43218-2789 |
| 520266526 | + | EDI: WFNNB.COM | Jul 25 2024 00:31:00 | Comenity Bank/Womnwthn, POB 182789, Columbus, OH 43218-2789 |
| 520266527 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 24 2024 20:52:28 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 520266529 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jul 24 2024 20:39:00 | FB & T/ Mercury, 2220 6th St., Brookings, SD 57006-2403 |
| 520266530 | + | EDI: BLUESTEM | Jul 25 2024 00:31:00 | Fetti Fingerhut/Webbank, 13300 Pioneer Trl, Eden Prairie, MN 55347-4120 |
| 520266531 | | EDI: IRS.COM | Jul 25 2024 00:31:00 | Internal Revenue Service, 955 S. Springfield Avenue, Bldg A, Springfield, NJ 07081 |
| 520266533 | ^ | MEBN | Jul 24 2024 20:38:13 | KML Law Group, P.C., 701 Market Street, Suite |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 5000, Philadelphia, PA 19106-1541 |
| 520339089 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2024 20:52:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520294134 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 24 2024 20:52:16 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520331660 | | EDI: PRA.COM | Jul 25 2024 00:31:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520266534 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 24 2024 20:40:24 | Progressive Insurance, C/O Caine & Weiner, POB 55848, Sherman Oaks, CA 91413-0848 |
| 520337437 | | EDI: Q3G.COM | Jul 25 2024 00:31:00 | Quantum3 Group LLC as agent for, BLST Marketing Sales & Receivables LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520337440 | | EDI: Q3G.COM | Jul 25 2024 00:31:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 520266536 | + | EDI: SYNC | Jul 25 2024 00:31:00 | SYNCB/JCP, PO Box 965007, Orlando, FL 32896-5007 |
| 520266535 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 24 2024 20:41:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520266537 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 24 2024 20:39:00 | TBOM/ATLS/Fortiva, 5 Concourse Pkwy, Atlanta, GA 30328-5350 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520266523 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520266528 | *+ | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew G. Greenberg | on behalf of Debtor Mildred M. Alston a.greenberglawfirm@verizon.net |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 24, 2024 | Form ID: 148 | Total Noticed: 26 |

Denise E. Carlon
    on behalf of Creditor CSMC 2019-RPL10 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4