UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew G. Greenberg, Esq.
4400 Route 9 South
Suite 1000
Freehold, NJ 07728
(732) 236-4375
Attorney for Debtor

In Re:
Mildred M. Alston

Case No.: 24-15189
Chapter: 13
Adv. No.: 
Hearing Date: August 20, 2024
Judge: Altenburg

# CERTIFICATION OF SERVICE

1. I, Andrew G. Greenberg, Esq.:

    ☒ represent _____debtor_____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On July 29, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Debtor's Motion to Vacate Dismissal of Case

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/19/2024

/s/ Andrew G. Greenberg, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Attorney for secured creditor, CSMC 2019-RPL10 Trust | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Auto Finance<br>PO Box 259407<br>Plano, TX 75025 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>955 S. Springfield Avenue<br>Bldg A<br>Springfield, NJ 07081 | Priority Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Attorney<br>970 Broad Street<br>7th Floor<br>Newark, NJ 07102 | U.S. Attorney/IRS | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the Attorney General<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 | Attorney General/IRS | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>U.S. Dept. of Justice<br>One Newark Center<br>Ste. 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All unsecured creditors on attached list | Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

Label Matrix for local noticing
0312-1
Case 24-15189-ABA
District of New Jersey
Camden
Mon Aug 19 11:26:07 EDT 2024

(p)ATLAS ACQUISITIONS LLC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Capital One Auto Finance
PO Box 259407
Plano, TX 75025-9407

Capital One Auto Finance, a division of
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance, a division of Capi
P.O. Box 4360
Houston, TX 77210-4360

Capital One, N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Comenity Bank/Roamans
PO Box 182789
Columbus, OH 43218-2789

Comenity Bank/Womnwthn
POB 182789
Columbus, OH 43218-2789

Credit One Bank
PO Box 98875
Las Vegas, NV 89193-8875

FB & T/ Mercury
2220 6th St.
Brookings, SD 57006-2403

Fetti Fingerhut/Webbank
3300 Pioneer Trl
Eden Prairie, MN 55347-4120

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

James Alston
532 Delsea Drive
Westville, NJ 08093-1225

KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Progressive Insurance
C/O Caine & Weiner
POB 55848
Sherman Oaks, CA 91413-0848

Quantum3 Group LLC as agent for
BLST Marketing Sales & Receivables LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Mercury Financial/First Bank & Trust
PO Box 788
Kirkland, WA 98083-0788

SYNCB/JCP
PO Box 965007
Orlando, FL 32896-5007

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165-0250

BOM/ATLS/Fortiva
Concourse Pkwy
Atlanta, GA 30328-5350

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102-5235

Andrew B Finberg
Office of the Chapter 13 Standing Trustee
535 Route 38
Suite 580
Cherry Hill, NJ 08002-2977