Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−15189−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mildred M. Alston
   aka Mildred M. Johnson−Alston
   532 Delsea Drive
   Westville, NJ 08093

Social Security No.:
   xxx−xx−0144

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              9/11/24
Time:              10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: August 20, 2024
JAN: cmf

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-15189-ABA |
| Mildred M. Alston | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 20, 2024 | Form ID: 132 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mildred M. Alston, 532 Delsea Drive, Westville, NJ 08093-1225 |
| 520266529 | + | FB & T/ Mercury, 2220 6th St., Brookings, SD 57006-2403 |
| 520266532 | + | James Alston, 532 Delsea Drive, Westville, NJ 08093-1225 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 20 2024 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 20 2024 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520332055 | | Email/Text: bnc@atlasacq.com | Aug 20 2024 20:27:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 520266522 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 20 2024 20:36:36 | Capital One, POB 31293, Salt Lake City, UT 84131-0293 |
| 520266524 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 20 2024 20:26:14 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 520270854 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 20 2024 20:36:59 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520322721 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 20 2024 20:36:42 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520306003 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 20 2024 20:26:16 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520266525 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 20 2024 20:28:00 | Comenity Bank/Roamans, PO Box 182789, Columbus, OH 43218-2789 |
| 520266526 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 20 2024 20:28:00 | Comenity Bank/Womnwthn, POB 182789, Columbus, OH 43218-2789 |
| 520266527 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 20 2024 20:23:46 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 520266530 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 20 2024 20:29:00 | Fetti Fingerhut/Webbank, 13300 Pioneer Trl, Eden Prairie, MN 55347-4120 |
| 520266531 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 20 2024 20:28:00 | Internal Revenue Service, 955 S. Springfield Avenue, Bldg A, Springfield, NJ 07081 |
| 520266533 | ^ | MEBN | Aug 20 2024 20:21:08 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520339089 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 20 2024 20:36:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520294134 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 20 2024 20:24:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520331660 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2024 20:36:43 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520266534 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 20 2024 20:28:00 | Progressive Insurance, C/O Caine & Weiner, POB 55848, Sherman Oaks, CA 91413-0848 |
| 520337437 | | Email/Text: bnc-quantum@quantum3group.com | Aug 20 2024 20:29:00 | Quantum3 Group LLC as agent for, BLST Marketing Sales & Receivables LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520337440 | | Email/Text: bnc-quantum@quantum3group.com | Aug 20 2024 20:29:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 520266536 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2024 20:36:47 | SYNCB/JCP, PO Box 965007, Orlando, FL 32896-5007 |
| 520266535 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 20 2024 20:29:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520266537 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 20 2024 20:28:00 | TBOM/ATLS/Fortiva, 5 Concourse Pkwy, Atlanta, GA 30328-5350 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520266523 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520266528 | *+ | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2024              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew G. Greenberg | on behalf of Debtor Mildred M. Alston a.greenberglawfirm@verizon.net |
| Denise E. Carlon | |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Aug 20, 2024 | Form ID: 132 | Total Noticed: 26

on behalf of Creditor CSMC 2019-RPL10 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4