Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 24-15189 (ABA)

Mildred M. Alston  
532 Delsea Drive  
Westville, NJ  08093

Monthly Payment: $1,056.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 06/21/2024 | $974.00 | 07/11/2024 | $974.00 | 08/30/2024 | $974.00 | 09/10/2024 | $974.00 |
| 10/10/2024 | $974.00 | 11/12/2024 | $974.00 | 12/10/2024 | $974.00 | 12/17/2024 | $82.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MILDRED M. ALSTON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW G. GREENBERG, ESQUIRE | 13 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE, N.A. | 33 | $555.19 | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE, N.A. | 33 | $748.72 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE AUTO FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,306.42 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $591.13 | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING, LLC | 33 | $1,173.17 | $0.00 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP, LLC | 33 | $1,593.58 | $0.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | JAMES ALSTON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | MERRICK BANK | 33 | $1,793.10 | $0.00 | $0.00 | $0.00 |
| 12 | PROGRESSIVE INSURANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | SYNCB/JCP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SELECT PORTFOLIO SERVICING, INC. | 24 | $54,162.84 | $3,136.20 | $51,026.64 | $0.00 |
| 15 | TBOM/ATLS/FORTIVA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ANDREW G. GREENBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | DEPARTMENT OF THE TREASURY | 33 | $17,222.05 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2024 | 5.00 | $0.00 |
| 11/01/2024 | Paid to Date | $5,844.00 |
| 12/01/2024 | 54.00 | $1,056.00 |
| 06/01/2029 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,900.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $73.80 |
| Arrearages: | $0.00 |
| Attorney: | ANDREW G. GREENBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**