**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

**IN RE:**
**Mildred M. Alston,**
***aka* Mildred M. Johnson-Alston,**
**Debtor.**
_________________________________/

**CASE NO.: 24-15189-ABA**
**CHAPTER 13**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust
Name of Transferee

Shorebreak NPL Trust
Name of Transferor

Name and Address where notices to Transferee should be sent:
Selene Finance LP
Attn: BK Dept.
3501 Olympus Blvd., Suite 500
Dallas, TX 75019

Court Claim # (if known): 11
Amount of Claim: $238,936.99
Date Claim Filed: 10/18/2024

Phone: 877-735-3637
Last Four Digits of Acct #: 8821

Phone: 1-800-258-8602
Last Four Digits of Acct #: 3427

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance LP
Attn: BK Dept.
3501 Olympus Blvd., Suite 500
Dallas, TX 75019

Phone:
Last Four Digits of Acct #: 8821

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Christopher Salamone Date: 03/24/2025

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 24, 2025 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Mildred M. Alston
532 Delsea Drive
Westville, NJ 08093

**And via electronic mail to:**

Andrew G. Greenberg
Law Offices of Andrew G. Greenberg
4400 Route 9 South, Suite 1000
Freehold, NJ 07728

Andrew B Finberg
Office of the Chapter 13 Standing Trustee
535 Route 38
Suite 580
Cherry Hill, NJ 08002

U.S. Trustee
US Dept. of Justice
Office of the US Trustee
One Newark Center Ste. 2100
Newark, NJ 07102

By: /s/ Dena Eaves
Dena Eaves
deaves@raslg.com